UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joshua Humphries, Esq.
Keaveney Legal Group
1000 Maplewood Drive, Suite 202
Maple Shade, NJ  08052
Telephone:  856-831-7119
Attorney for Debtor(s)

Order Filed on July 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Shara D. Sudol

Case No.:    19-16596-CMG

Chapter:    13

Judge:    Christine M. Gravelle

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 26, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ May 2, 2019 _____ :

Property:     160 Rutledge Ct. N., Matawan, NJ 07747

Creditor:     Specialized Loan Servicing, LLC

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____ Debtor _____, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ October 31, 2019 _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Shara D. Sudol  
    Debtor

Case No. 19-16596-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 26, 2019
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2019.  
db          +Shara D. Sudol,    160 Rutledge Court North,    Matawan, NJ 07747-9723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2019 at the address(es) listed below:  
        Albert   Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1  
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Joshua  Humphries    on behalf of Debtor Shara D. Sudol jhumphries@keaveneylegalgroup.com,  
         jday@keaveneylegalgroup.com;r46514@notify.bestcase.com  
        Kevin Gordon McDonald    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1  
         kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                         TOTAL: 5