Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−16596−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shara D. Sudol
   160 Rutledge Court North
   Matawan, NJ 07747

Social Security No.:
   xxx−xx−4127

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on November 5, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 33 − 32
Order Granting Application for Extension of Loss Mitigation (Related Doc # 32). Loss Mitigation Period Extended to: January 31, 2020. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/5/2019. (ckk)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 5, 2019
JAN: ckk

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Shara D. Sudol  
    Debtor

Case No. 19-16596-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Nov 05, 2019  
                     Form ID: orderntc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2019.  
aty        +KML Law Group P.C.-NJ,   216 Haddon Avenue,   Suite 406,   Westmont, NJ 08108-2812  
lm        +Specialized Loan Servicing, LLC,   Attn: Customer Care,   P.O. Box 630147,   Littleton, CO 80163-0147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2019 at the address(es) listed below:  
          Albert Russo   docs@russotrustee.com  
          Denise E. Carlon   on behalf of Creditor   Cascade Funding Mortgage Trust 2017-1  
    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Joshua Humphries   on behalf of Debtor Shara D. Sudol jhumphries@keaveneylegalgroup.com,  
    jday@keaveneylegalgroup.com;r46514@notify.bestcase.com  
          Keri P. Ebeck   on behalf of Creditor   Specialized Loan Servicing, LLC, as Servicer for Cascade Funding Mortgage Trust 2017-1 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
          Kevin Gordon McDonald   on behalf of Creditor   Cascade Funding Mortgage Trust 2017-1  
    kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                            TOTAL: 6