|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on April 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Shara D. Sudol<br><br>                                 Debtor. | Chapter: 13<br><br>Case No.: 19-16596-CMG<br><br>Hearing Date: April 1, 2020<br><br>Judge: Christine M. Gravelle |

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 3, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:         Shara D. Sudol
Case No.:       19-16596-CMG
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay ("Motion") filed by Specialized Loan Servicing, LLC, as servicing agent for Cascade Funding Mortgage Trust 2017-1 ("Creditor"), and whereas the Debtor sand Creditor seek to resolve the Motion, it is hereby stipulated and agreed to that:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the following property: **160 Rutledge Court North, Matawan, NJ 07747** ("Property") provided that the Debtor complies with the following:

    a. The Debtor shall cure the post-petition arrearage amount of $14,574.06 by making 1 payment of $6,000.00 to Creditor on or before March 31, 2020 and six consecutive monthly payments of $1,429.01 beginning on April 1, 2020; and

    b. The Debtor shall resume making regular monthly payments to Creditor as they become due beginning with the April 1, 2020 payment.

2. All payments due hereunder shall be sent directly to Creditor at the following address: Specialized Loan Servicing LLC, P.O. Box 636007, Littleton Colorado, 80163.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraph and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11

U.S.C. § 362(a) and permitting Movant to exercise any rights under the loan documents with respect to the Property.

5. Movant is awarded reimbursement of attorney fees and costs in the amount of $350.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| _____<br>Warren D. Levy, Esq.<br>Keaveney Legal Group<br>1000 Maplewood Drive, Suite 202<br>Maple Shade, NJ 08052 | /s/Gavin N. Stewart<br>Gavin N. Stewart, Esq.<br>Stewart Legal Group, P.L.<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602 |

```
United States Bankruptcy Court
District of New Jersey
```

In re:                                                                 Case No. 19-16596-CMG
Shara D. Sudol                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 03, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2020.
db            +Shara D. Sudol,    160 Rutledge Court North,    Matawan, NJ 07747-9723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2020 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Gavin   Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for Cascade Funding Mortgage Trust 2017-1 bk@stewartlegalgroup.com
      Julie   Cascino    on behalf of Creditor    The Money Source jcascino@grosspolowy.com,    ecfnotices@grosspolowy.com
      Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC, as Servicer for Cascade Funding Mortgage Trust 2017-1 kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
      Kevin Gordon McDonald    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Maria D. Ramos-Persaud    on behalf of Creditor    The Money Source mramos-persaud@grosspolowy.com,    ecfnotices@grosspolowy.com
      Maria D. Ramos-Persaud    on behalf of Creditor    The Money Source, Inc. mramos-persaud@grosspolowy.com,    ecfnotices@grosspolowy.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      Warren D. Levy    on behalf of Debtor Shara D. Sudol gdeangelo@keaveneylegalgroup.com,    fkeenan@keaveneylegalgroup.com;r46514@notify.bestcase.com
                                                                                           TOTAL: 11