IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Warren D. Levy**
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
800-219-0939
Email: gdeangelo@keaveneylegalgroup.com
Attorney for Debtor(s)

Order Filed on August 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

     Shara D. Sudol
Debtor(s)

Case No: **18-21619**

Chapter:  Chapter 13

Judge:    Christine M. Gravelle

Hearing Date:      August 19, 2020

## CONSENT ORDER RESOLVING CREDITOR'S OBJECTION FOR DEBTOR'S APPLICATION FOR LOSS MITIGATION

    The relief set forth on the following pages, numbered 2 and 3, is hereby **ORDERED**.

**DATED: August 19, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| Applicant: | Specialized Loan Servicing, LLC, as servicing agent for Cascade Funding Mortgage Trust 2017-1. |
|---|---|
| Applicant's Counsel: | Gavin Stewart |
| Debtor's Counsel: | Warren D. Levy |
| Property (Collateral): | 160 Rutledge Court North, Matawan, NJ 07747 |

Relief Sought:
• Debtor's Motion Requesting Participation in Loss Mitigation filed on April 8, 2020.

For good cause shown, it is **ORDERED** that the Applicant's Objection to the Debtor's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:

| Date Received | DR# | Amount Received | Due Date | Monthly Due | DT | Arrear due | Paid Over/Short |
|---|---|---|---|---|---|---|---|
| **Regular Payments** | | | | | | | |
| 03/31/2020 | 1 | $0.00 | 03/31/2020 | | | $6,000.00 | ($6,000.00) |
| 04/21/2020 | 1 | $7,420.00 | 04/01/2020 | $2,099.74 | | $1,429.01 | $3,891.25 |
| 05/18/2020 | 1 | $2,099.00 | 05/01/2020 | $2,117.34 | | $1,429.01 | ($1,447.35) |
| 06/30/2020 | 1 | $0.00 | 06/01/2020 | $2,117.34 | | $1,429.01 | ($3,546.35) |
| 07/27/2020 | 1 | $0.00 | 07/01/2020 | $2,117.34 | | $1,429.01 | ($3,546.35) |
| 08/01/2020 | 1 | $0.00 | 08/01/2020 | $2,117.34 | | $1,429.01 | ($3,546.35) |
| **09/01/2020** | **1** | **$0.00** | **09/01/2020** | **$2,117.34** | | **$1,429.01** | **\*\*\*** |

**\*\*\*Debtor will make normal monthly payment of $2,117.34 for September 1, 2020 outside of plan. Additional past due arrears of $1,429.01 due for September 1, 2020 shall be capitalized into modified plan.**

**Total Due: $15,624.16**

2. Cure for Post-Petition Arrearages:

• **$15,624.16** in arrears shall be capitalized into the Debtor's Chapter 13 Plan, which is also being extended to 84 months pursuant to the CARES ACT. Debtor shall file a modified plan reflecting this new amount within 14 days of the entry of this order.

• Beginning on **September 1, 2020**, regular monthly payments shall resume in the amount of **$2,117.34**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

• Payments:    Specialized Loan Servicing LLC
PO Box 636007
Littleton, Colorado 80163

In the event of default:

If the Debtor(s) fails to filed a Modified Chapter 13 Plan within fourteen (14) days of the entry of this order, fails to obtain a loan modification by November 30, 2020, fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

If the Debtor fails to cure the default within (30) days from the date of default, Creditor may submit an order lifting the automatic stay imposed under 11 U.S.C § 362(a) and permitting Movant to exercise any rights under the loan documents with respect to the property.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Warren D. Levy, Esq.
Attorney for Debtor

_____
Gavin Stewart, Esq.
Attorney for Secured Creditor

United States Bankruptcy Court
District of New Jersey

In re:
Shara D. Sudol
       Debtor

Case No. 19-16596-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 19, 2020
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
db              +Shara D. Sudol,    160 Rutledge Court North,    Matawan, NJ 07747-9723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                           Signature:  _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
         Albert  Russo    docs@russotrustee.com
         Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Gavin  Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for
         Cascade Funding Mortgage Trust 2017-1 bk@stewartlegalgroup.com
         Julie  Cascino    on behalf of Creditor    The Money Source jcascino@grosspolowy.com,
         ecfnotices@grosspolowy.com
         Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC, as Servicer for Cascade
         Funding Mortgage Trust 2017-1 kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
         Kevin Gordon McDonald    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
         kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Maria D. Ramos-Persaud    on behalf of Creditor    The Money Source mramos-persaud@grosspolowy.com,
         ecfnotices@grosspolowy.com
         Maria D. Ramos-Persaud    on behalf of Creditor    The Money Source, Inc.
         mramos-persaud@grosspolowy.com,   ecfnotices@grosspolowy.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         Warren D. Levy    on behalf of Debtor Shara D. Sudol gdeangelo@keaveneylegalgroup.com,
         jdimaggio@keaveneylegalgroup.com;r46514@notify.bestcase.com
                                                      TOTAL: 11