Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−16596−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Shara D. Sudol
  160 Rutledge Court North
  Matawan, NJ 07747

Social Security No.:
  xxx−xx−4127

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 30, 2019.

On 08/19/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:         October 7, 2020
Time:         10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 20, 2020
JAN: mjb

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 19-16596-CMG
Shara D. Sudol                                                      Chapter 13
            Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2                  Date Rcvd: Aug 20, 2020
                               Form ID: 185                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
db             +Shara D. Sudol,    160 Rutledge Court North,    Matawan, NJ 07747-9723
aty            #+KML Law Group,    Sentry Office Plaza,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
aty            #+KML Law Group P.C.-NJ,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
lm             +Specialized Loan Servicing, LLC,    Attn: Customer Care,    P.O. Box 630147,
                 Littleton, CO 80163-0147
cr             +Specialized Loan Servicing, LLC, as servicing agen,    P.O. Box 340514,    Tampa, FL 33694-0514
518156913       Account Resolution Services,    1643 Nw 136 Ave Bld H St,    Sunrise, FL 33323
518156912      +Account Resolution Services,    Attn: Bankruptcy,    Po Box 459079,    Sunrise, FL 33345-9079
518294686      +Cascade Funding Mortgage Trust 2017-1,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518156921      +Parker McCay, P.A.,    9000 Midatlantic Drive, Suite 300,    P.O. Box 5054,
                 Mount Laurel, NJ 08054-5054
518156922      +Specialized Loan Servicing,    8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386
518914690      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518914691      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518554770    ++++THE MONEY SOURCE,    GROSS POLOWY, LLC,   2500 PLAZA FIVE STE 2548,    JERSEY CITY NJ  07311-4026
                (address filed with court:  The Money Source,   Gross Polowy, LLC,    2500 Plaza 5, Suite 2548,
                 Jersey City, NJ 07311)
518272569       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
518156923      +Wf/raymour,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2020 01:27:34     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2020 01:27:30     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518156915       E-mail/Text: ebn@americollect.com Aug 21 2020 01:27:41      Americollect,    1851 S Alverno Road,
                 Manitowoc, WI 54221
518156914       E-mail/Text: ebn@americollect.com Aug 21 2020 01:27:41      Americollect,    Po Box 1566,
                 1851 South Alverno Road,    Manitowoc, WI 54221
518156916      +E-mail/Text: bankruptcy@sccompanies.com Aug 21 2020 01:28:44      Ashro,    1112 7th Ave,
                 Monroe, WI 53566-1364
518156917      +E-mail/Text: bankruptcy@sccompanies.com Aug 21 2020 01:28:44      Ashro,    3650 Milwaukee St,
                 Madison, WI 53714-2304
518156918       E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 21 2020 01:26:44      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
518182855       E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 21 2020 01:36:48      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518156920      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 21 2020 01:27:29      Midland Funding,
                 2365 Northside Drive,    San Diego, CA 92108-2709
518156919      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 21 2020 01:27:29      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518243583      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 21 2020 01:27:29      Midland Funding LLC,
                 P.O. Box 2011,    Warren, MI 48090-2011
518159802      +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:36:46      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Specialized Loan Servicing,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 20, 2020
                              Form ID: 185             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Gavin   Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for
               Cascade Funding Mortgage Trust 2017-1 bk@stewartlegalgroup.com
              Julie   Cascino    on behalf of Creditor    The Money Source jcascino@grosspolowy.com,
               ecfnotices@grosspolowy.com
              Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC, as Servicer for Cascade
               Funding Mortgage Trust 2017-1 kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Maria D. Ramos-Persaud    on behalf of Creditor    The Money Source mramos-persaud@grosspolowy.com,
               ecfnotices@grosspolowy.com
              Maria D. Ramos-Persaud    on behalf of Creditor    The Money Source, Inc.
               mramos-persaud@grosspolowy.com,    ecfnotices@grosspolowy.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren D. Levy    on behalf of Debtor Shara D. Sudol gdeangelo@keaveneylegalgroup.com,
               jdimaggio@keaveneylegalgroup.com;r46514@notify.bestcase.com
                                                                                             TOTAL: 11
```