Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−16596−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shara D. Sudol
   160 Rutledge Court North
   Matawan, NJ 07747

Social Security No.:
   xxx−xx−4127

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 10, 2020.

Dated: December 10, 2020
JAN: dmi

                                                                                 Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Shara D. Sudol  
    Debtor(s)

Case No. 19-16596-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Dec 10, 2020     Form ID: plncf13     Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shara D. Sudol, 160 Rutledge Court North, Matawan, NJ 07747-9723 |
| aty | #+ | KML Law Group, Sentry Office Plaza, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| aty | #+ | KML Law Group P.C.-NJ, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| lm | + | Specialized Loan Servicing, 8742 Lucent Boulevard, Suite 300, Littleton, CO 80129-2386 |
| lm | + | Specialized Loan Servicing, LLC, Attn: Customer Care, P.O. Box 630147, Littleton, CO 80163-0147 |
| cr | + | Specialized Loan Servicing, LLC, as servicing agen, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518156912 | + | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 518156913 | | Account Resolution Services, 1643 Nw 136 Ave Bld H St, Sunrise, FL 33323 |
| 518294686 | + | Cascade Funding Mortgage Trust 2017-1, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518156921 | + | Parker McCay, P.A., 9000 Midatlantic Drive, Suite 300, P.O. Box 5054, Mount Laurel, NJ 08054-5054 |
| 518156922 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518554770 | ++++ | THE MONEY SOURCE, GROSS POLOWY, LLC, 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, The Money Source, Gross Polowy, LLC, 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 518272569 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518156923 | + | Wf/raymour, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2020 22:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2020 22:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518156915 | | Email/Text: ebn@americollect.com | Dec 10 2020 22:23:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 518156914 | | Email/Text: ebn@americollect.com | Dec 10 2020 22:23:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 518156917 | + | Email/Text: bankruptcy@sccompanies.com | Dec 10 2020 22:24:00 | Ashro, 3650 Milwaukee St, Madison, WI 53714-2304 |
| 518156916 | + | Email/Text: bankruptcy@sccompanies.com | Dec 10 2020 22:24:00 | Ashro, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518156918 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 10 2020 22:22:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518182855 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 10 2020 23:45:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518156920 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 19-16596-CMG    Doc 77    Filed 12/12/20    Entered 12/13/20 00:20:52    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2020 | Form ID: plncf13 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 10 2020 22:23:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 518156919 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Dec 10 2020 22:23:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 518243583 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Dec 10 2020 22:23:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518159802 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 10 2020 23:42:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518914690 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518914691 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Cascade Funding Mortgage Trust 2017-1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for Cascade Funding Mortgage Trust 2017-1 bk@stewartlegalgroup.com |
| Julie Cascino | on behalf of Creditor The Money Source jcascino@grosspolowy.com ecfnotices@grosspolowy.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing LLC, as Servicer for Cascade Funding Mortgage Trust 2017-1 KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor Cascade Funding Mortgage Trust 2017-1 kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Maria D. Ramos-Persaud | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 10, 2020 | Form ID: plncf13 | Total Noticed: 26 |

Maria D. Ramos-Persaud
   on behalf of Creditor The Money Source mramos-persaud@grosspolowy.com ecfnotices@grosspolowy.com

   on behalf of Creditor The Money Source Inc. mramos-persaud@grosspolowy.com, ecfnotices@grosspolowy.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

Warren D. Levy
   on behalf of Debtor Shara D. Sudol jday@keaveneylegalgroup.com
   jdimaggio@keaveneylegalgroup.com;r46514@notify.bestcase.com

TOTAL: 11