Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−16596−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Shara D. Sudol
    160 Rutledge Court North
    Matawan, NJ 07747

Social Security No.:
    xxx−xx−4127

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/3/21 at 09:00 AM

to consider and act upon the following:

*78* − Creditor's Certification of Default (related document:61 Order on Motion for Approval to Participate in the Court's Loss Mitigation Program) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC, as servicing agent for Cascade Funding Mortgage Trust 2017−1. Objection deadline is 01/21/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 1/21/21

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court