Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                    Case No.:  19−16596−CMG
                                    Chapter:  13
                                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Shara D. Sudol
    160 Rutledge Court North
    Matawan, NJ 07747

Social Security No.:
    xxx−xx−4127

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/3/21 at 09:00 AM

to consider and act upon the following:

*78* − Creditor's Certification of Default (related document:61 Order on Motion for Approval to Participate in the Court's Loss Mitigation Program) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC, as servicing agent for Cascade Funding Mortgage Trust 2017−1. Objection deadline is 01/21/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 1/21/21

                                                                              Jeanne Naughton
                                                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-16596-CMG |
| Shara D. Sudol | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 21, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shara D. Sudol, 160 Rutledge Court North, Matawan, NJ 07747-9723 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 23, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Cascade Funding Mortgage Trust 2017-1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for Cascade Funding Mortgage Trust 2017-1 bk@stewartlegalgroup.com |
| Julie Cascino | on behalf of Creditor The Money Source jcascino@grosspolowy.com  ecfnotices@grosspolowy.com |
| Keri P. Ebeck | |

| | |
|---|---|
| | on behalf of Creditor Specialized Loan Servicing LLC, as Servicer for Cascade Funding Mortgage Trust 2017-1 KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor Cascade Funding Mortgage Trust 2017-1 kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Maria D. Ramos-Persaud | on behalf of Creditor The Money Source mramos-persaud@grosspolowy.com ecfnotices@grosspolowy.com |
| Maria D. Ramos-Persaud | on behalf of Creditor The Money Source Inc. mramos-persaud@grosspolowy.com, ecfnotices@grosspolowy.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren D. Levy | on behalf of Debtor Shara D. Sudol jday@keaveneylegalgroup.com jdimaggio@keaveneylegalgroup.com;r46514@notify.bestcase.com |

TOTAL: 11