| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on February 3, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Shara D. Sudol<br><br>                        Debtor. | Chapter: 13<br><br>Case No.: 19-16596-CMG<br><br>Hearing Date: February 3, 2021<br><br>Judge: Christine M. Gravelle |

### CONSENT ORDER VACATING THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 3, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:         Shara D. Sudol
Case No.:       19-16596-CMG
Caption of Order:   **CONSENT ORDER VACATING THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Certification of Default ("COD") filed by Specialized Loan Servicing LLC as servicing agent for Waterfall Victoria Grantor Trust II, Series G ("Creditor"), and whereas the Debtor and Creditor seek to resolve the COD, it is hereby stipulated and agreed to that:

1. The automatic stay provided under 11 U.S.C. §362(a) is vacated to permit the Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following property: **160 Rutledge Court North, Matawan, NJ 07747** ("Property").

2. Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.

3. The Creditor may join the Debtor and Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

**STIPULATED AND AGREED**:

_____              /s/Gavin N. Stewart
Jim DiMaggio, Esq.                           Gavin N. Stewart, Esq.
Keaveney Legal Group                         Stewart Legal Group, P.L.
1000 Maplewood Drive, Suite 202              401 East Jackson Street, Suite 2340
Maple Shade, NJ 08052                        Tampa, FL 33602

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 19-16596-CMG
Shara D. Sudol                                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2021:**

**Recip ID          Recipient Name and Address**
db                      +  Shara D. Sudol, 160 Rutledge Court North, Matawan, NJ 07747-9723

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2021                                      Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2021 at the address(es) listed below:

**Name**                       **Email Address**

Albert Russo
    docs@russotrustee.com

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor Cascade Funding Mortgage Trust 2017-1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for Cascade Funding Mortgage Trust 2017-1 bk@stewartlegalgroup.com

Julie Cascino

| | |
|---|---|
| | on behalf of Creditor The Money Source jcascino@grosspolowy.com  ecfnotices@grosspolowy.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Specialized Loan Servicing  LLC, as Servicer for Cascade Funding Mortgage Trust 2017-1 KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Cascade Funding Mortgage Trust 2017-1 kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Maria D. Ramos-Persaud | |
| | on behalf of Creditor The Money Source mramos-persaud@grosspolowy.com  ecfnotices@grosspolowy.com |
| Maria D. Ramos-Persaud | |
| | on behalf of Creditor The Money Source  Inc. mramos-persaud@grosspolowy.com, ecfnotices@grosspolowy.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Warren D. Levy | |
| | on behalf of Debtor Shara D. Sudol jday@keaveneylegalgroup.com jdimaggio@keaveneylegalgroup.com;r46514@notify.bestcase.com |

TOTAL: 12